No. —— . EX PARTE HARRY C. KELLY. February 14, 1944. Application denied.

No. ——. EX PARTE WILLIAM CLARK. February 14, 1944. The motion for leave to file petition for writ of habeas corpus is denied.

No. ——. EX PARTE SELVIE W. WELLS. February 14, 1944. The motion for leave to file petition for writ of habeas corpus is denied and the rule to show cause is discharged.

No. 195. NORTHWESTERN ELECTRIC CO. ET AL. v. FEDERAL POWER COMMISSION. February 14, 1944. It is ordered that the opinion of the Court in this case be amended by striking out the sentence beginning "In a brief", at line 10, page 4, and by altering the first sentence of the succeeding paragraph, beginning with the word "although", to read as follows: "Although, as suggested in a brief filed by the American Institute of Accountants, the Commission's prescribed method of eliminating the write-up may not accord with the best accounting practice, it is sustained by expert evidence."
Opinion reported as amended, *ante,* p. 119.